UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

      v.                    Case No. 07-mc-7-SM

<u>Stephen D. Hellwig</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 22, 2007, no objection having been filed.

SO ORDERED.

April 12, 2007            <u>/s/ Steven J. McAuliffe</u>
                                  Steven J. McAuliffe
                                  Chief Judge

cc:    T. David Plourde, AUSA
        Stephen D. Hellwig, pro se